# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149536(81)

DAVID ABBO, COLORADO TOYZ,
INC., and WIRELESS PHONES, L.L.C.,
Plaintiffs-Appellees,

v

WIRELESS TOYZ FRANCHISE, L.L.C.,
JOE BARBAT, RICHARD SIMTOB,
JSB ENTERPRIZES, INC., and JACK
BARBAT,
Defendants-Appellants.
_____/

SC: 149536
COA: 304185
Oakland CC: 2007-082804-CK

On order of the Court, the motion for reconsideration of this Court's November 25, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2016



Clerk